UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edward A. Patterson,
    Plaintiff(s),

v.

Santa Clara County Sheriff Department, et al.,
    Defendant(s).

CASE NO. C09-04559 JW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    \_\_\_ Non-binding Arbitration (ADR L.R. 4)
    _X_ Early Neutral Evaluation (ENE) (ADR L.R. 5)
    \_\_\_ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    \_\_\_ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    other requested deadline   May 28, 2010

Dated: 15/-/2010
                                   Attorney for Plaintiff

Dated: 1/15/10
                                   Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
     ___ Non-binding Arbitration
     _X_ Early Neutral Evaluation (ENE)
     ___ Mediation
     ___ Private ADR

Deadline for ADR session
     ___ 90 days from the date of this order.
     _X_ other — May 28, 2010

IT IS SO ORDERED.

Dated: January 20, 2010

_____
UNITED STATES DISTRICT JUDGE