IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward Patterson, | NO. C 09-04559 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Santa Clara County Sheriff Dep't., et al., | |
|     Defendants. | |

Pursuant to the Court's February 10, 2010 Order Granting Defendant SCCD's Motion to Dismiss With Prejudice; Dismissing Defendant DMV With Prejudice, judgment is entered in favor of Defendants Santa Clara County Sheriff Department and the California Department of Motor Vehicles, against Plaintiff Edward Patterson.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: February 10, 2010

                                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org

Edward A Patterson
Post Office Box 754
San Jose, CA 95106

**Dated: February 10, 2010**  **Richard W. Wieking, Clerk**

**By:** **/s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**